B1 (Official Form 1) (12/11)

| United States Bankruptcy Court<br>Southern District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**NG Trucking, Inc.,** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names Used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>dba NG Trucking | All Other Names Used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): 26-3208948 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>2451 Siempre Viva Ct<br><br>San Diego, California                    92154 | Street Address of Joint Debtor (No. and Street, City, and State): |
| County of Residence or of the Principal Place of Business:<br>San Diego County | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

☐ Individual (includes Joint Debtors)
 See Exhibit D on page 2 of this form.
☒ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☒ Other
 Trucking

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incured by an individual primarily for a personal, family, or house-hold purpose.
☒ Debts are primarily business debts.

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Filing Fee** (Check one box.)

☒ Full Filing Fee attached

☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☒ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D)
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D)

Check if:
☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owned to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**B1 (Official Form 1) (12/11)**                                                                                                    **Page 2**

| **Voluntary Petition**<br>(This page must be completed and filed in every case) | Name of Debtor(s):   NG Trucking Inc |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet.)** |||
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.)** |||
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>      Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately

preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or

or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in

this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the

entire monetary default that gave rise to the judgment for possession, after the judgement for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the

filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

B1 (Official Form 1) (12/11)                                                                                                                    **Page 3**

| Voluntary Petition<br>(This page must be completed and filed in every case) | Name of Debtor:   NG Trucking Inc |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

   _____
   Telephone Number (If not represented by attorney)

   _____
   Date

### Signature of Attorney*

X /s/ Jack F Fitzmaurice
   _____
   Signature of Attorney
   Jack F. Fitzmaurice, Esq.
   Printed Name of Attorney for Debtor(s)
   Fitzmaurice & Demergian
   Firm Name
   1061 Tierra del Rey Suite 204
   Address
   Chula Vista CA 91910

   (619) 591-1000
   Telephone Number
   03/29/2013
   Date

* In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

   /s/ Nathan Garcia
   _____
   Signature of Authorized Individual
   Nathan Garcia
   Printed Name of Authorized Individual
   President
   Title of Authorized Individual
   03/29/2013
   Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to § 1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

   _____
   (Printed Name of Foreign Representative)

   _____
   Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notice and information required under 11 U.S.C. 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

   _____
   Printed Name and title, if any, of Bankruptcy Petition Preparer

   _____
   Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

   _____
   Address

X _____

   _____
   Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

# UNITED STATES BANKRUPTCY COURT
## Southern District of California

In Re:      NG Trucking Inc        Case No. _____

           **Debtor**           (if known)

                                        Chapter          11

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | $2,454,540.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $803,796.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $467,869.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| TOTAL | | 19 | $2,454,540.00 | $1,271,665.00 | |

# UNITED STATES BANKRUPTCY COURT
## Southern District of California

In Re: _____ NG Trucking Inc _____      Case No. _____
                 **Debtor**                                   (if known)

Chapter _____ 11 _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E)(whether disputed or undisputed) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 0.00 |
| Average Expenses (from Schedule J, Line 18) | 0.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | 0.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" COLUMN | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column. | | |
| 4. Total from Schedule F | | $467,869.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $467869.00 |

In Re: _____NG Trucking Inc_____     Case No. _____

            **Debtor**                                              (if known)

# SCHEDULE A - REAL PROPERTY

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community". If the debtor holds no interest in real property, write "None" under "Description and Location of Property".

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

    If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| | | | | |
| | | Total | $0.00 | |

In Re: _____ NG Trucking Inc _____    Case No. _____

**Debtor**    (if known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attach a separate sheet properly identified with the same case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community".  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state the person's name and address under "Description and Location of Property".
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, CD's, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses or cooperatives. | | Bank of America Business Checking 5415<br>Bank of Amercia Business Checking 5388<br>Bank of America Business Checking 5760 | | -($373)<br>$479<br>$3,907 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |

In Re: _____NG Trucking Inc_____     Case No. _____

**Debtor**                                                  (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. | X | | | |
| 12. Interest in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

In Re: _____ NG Trucking Inc _____    Case No. _____
                          **Debtor**                                                    (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | See Attachment SB-16 for detail information. | | $1,005,164 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in real estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

In Re: _____ NG Trucking Inc _____    Case No. _____
                              **Debtor**                                                    (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent or unliquidated claims of every nature, including tax refunds, counter-claims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations contain-ing personally identifiable information provided to the debtor by individuals in connection with obtaining a product or service from the debtor pri-marily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | See Attachment SB-25 | | $1,425,000 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | 6 Desks; 9 Computers; 10 Chairs;1 Microwave 1 Dinning Table; 1 TV; 12 Filecabinets; 8 Phones; 1 Coffeemaker and Miscellaneous office supplies | | $11,950 |

In Re: _____NG Trucking Inc_____   Case No. _____

**Debtor**                                                                                    (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Miscellaneous tool; Compressors 13 & 5 HP; Tire Jack; Battery Charger; Hoses; Oxygen Tnak; BatteryTesters; Air 20 Ton Jack; Hydra 20 Ton Jack; Electrical Hammer; Tire Buffer Stands; Snap on's; Oil Pans; | | $8,040 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |
| | | | Total | $2,454,540.00 |

ATTACHMENT
SB 16

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| AR GLOBAL LOGISTICS | 350.00 | 350.01 | 0.00 | 0.00 | 0.00 | 700.01 |
| BG TRUCKING | 2,573.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,573.00 |
| Biagi Bros Warehousing & Transportation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAVALRY LOGISTICS | 0.00 | 0.00 | 380.00 | 0.00 | 0.00 | 380.00 |
| CHRW Billing | 650.00 | 8,545.00 | 0.00 | 0.00 | 0.00 | 9,195.00 |
| COYOTE LOGISTICS, LLC | 67,380.51 | 8,358.45 | 0.00 | 0.00 | 0.00 | 75,738.96 |
| DAVIS TRUCKING | 0.00 | 55,736.51 | 114,893.01 | 671.16 | 609,681.41 | 780,982.09 |
| ECHO GLOBAL LOGISTICS, INC. | 1,350.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,350.00 |
| FAYE STEWART TRANSPORTATION SERVICE, LLC | 0.00 | 550.00 | 0.00 | 0.00 | 0.00 | 550.00 |
| FRED HAINES AND CO., INC. | 450.00 | 0.00 | 0.00 | 0.00 | 0.00 | 450.00 |
| Freightquote | 0.00 | 3,210.00 | 0.00 | 0.00 | 0.00 | 3,210.00 |
| GlobalTranz Enterprises, LLC | 0.00 | 350.00 | 0.00 | 0.00 | 0.00 | 350.00 |
| HUB GROUP INCORPORATED | 0.00 | 925.00 | 450.00 | 0.00 | 0.00 | 1,375.00 |
| J.B.HUNT | 0.00 | 400.00 | 0.00 | 0.00 | 0.00 | 400.00 |
| KNIGHT BROKERAGE LLC | 450.00 | 1,350.00 | 0.00 | 0.00 | 0.00 | 1,800.00 |
| KPI | 650.00 | 0.00 | 0.00 | 0.00 | 0.00 | 650.00 |
| MIGHTY TRUCKING | 4,750.00 | 27,050.00 | 24,150.00 | 16,600.00 | 44,750.00 | 117,300.00 |
| ONE SOURCE FREIGHT | 800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 800.00 |
| PINTO EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROTRANS INTL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SEARUS ENTERPRISES INC. | 600.00 | 2,450.00 | 0.00 | 0.00 | 0.00 | 3,050.00 |
| STRAIT LINE LOGISTICS, INC | 0.00 | 1,200.00 | 400.00 | 0.00 | 0.00 | 1,600.00 |
| SUNCITY GROUP, INC. | 750.00 | 350.00 | 0.00 | 0.00 | 0.00 | 1,100.00 |
| VITRAN LOGISTICS, INC. | 760.00 | 0.00 | 0.00 | 0.00 | 0.00 | 760.00 |
| ZIPLINE LOGISTICS, LLC | 850.00 | 0.00 | 0.00 | 0.00 | 0.00 | 850.00 |
| TOTAL | 82,363.51 | 110,824.97 | 140,273.01 | 17,271.16 | 654,431.41 | 1,005,164.06 |

ATTACHMENT
SB 16

**ATTACHMENT**
**SB 25**

|    | YEAR | MANUFACTURER | TYPE | Aprox. FMV |
|----|------|--------------|------|-----------|
| 1  | 1998 | Freightliner | Truck | $9,000 |
| 2  | 1999 | Volvo | Truck | $9,000 |
| 3  | 1995 | Freightliner | Truck | $9,000 |
| 4  | 1999 | Freightliner | Truck | $9,000 |
| 5  | 2000 | Freightliner | Truck | $9,000 |
| 6  | 2000 | Freightliner | Truck | $9,000 |
| 7  | 1999 | Freightliner | Truck | $9,000 |
| 8  | 1999 | Freightliner | Truck | $9,000 |
| 9  | 1994 | Freightliner | Truck | $9,000 |
| 10 | 1997 | Freightliner | Truck | $9,000 |
| 11 | 1997 | Freightliner | Truck | $9,000 |
| 12 | 1999 | Freightliner | Truck | $9,000 |
| 13 | 2008 | Freightliner | Truck | $45,000 |
| 14 | 2008 | Freightliner | Truck | $45,000 |
| 15 | 2008 | Freightliner | Truck | $45,000 |
| 16 | 2008 | Freightliner | Truck | $45,000 |
| 17 | 2008 | Freightliner | Truck | $45,000 |
| 18 | 2009 | Peterbuilt | Truck | $65,000 |
| 19 | 2009 | Peterbuilt | Truck | $65,000 |
| 20 | 2009 | Peterbuilt | Truck | $65,000 |
| 21 | 2009 | Peterbuilt | Truck | $65,000 |
| 22 | 2009 | Peterbuilt | Truck | $65,000 |
| 23 | 2009 | Peterbuilt | Truck | $65,000 |
| 24 | 2009 | Peterbuilt | Truck | $65,000 |
| 25 | 2009 | Peterbuilt | Truck | $65,000 |
| 26 | 2009 | Peterbuilt | Truck | $65,000 |
| 27 | 2009 | Peterbuilt | Truck | $65,000 |
| 28 | 2009 | Peterbuilt | Truck | $65,000 |
| 29 | 2009 | Peterbuilt | Truck | $65,000 |
| 30 | 2009 | Peterbuilt | Truck | $65,000 |
| 31 | 2009 | Peterbuilt | Truck | $65,000 |
| 32 | 1995 | Hyundai | Trailer | $6,500 |
| 33 | 1995 | Great Dane | Trailer | $6,500 |
| 34 | 1996 | Great Dane | Trailer | $6,500 |
| 35 | 1996 | Great Dane | Trailer | $6,500 |
| 36 | 1996 | Great Dane | Trailer | $6,500 |
| 37 | 1996 | Great Dane | Trailer | $6,500 |
| 38 | 1989 | Stoughton | Trailer | $6,500 |
| 39 | 1999 | Utility | Trailer | $6,500 |
| 40 | 2003 | Great Dane | Trailer | $6,500 |
| 41 | 2003 | Wabash | Trailer | $6,500 |
| 42 | 2001 | Utility | Trailer | $6,500 |

**ATTACHMENT**
**SB 25**

**ATTACHMENT**

**SB 25**

| | | | | |
|---|---|---|---|---|
| 43 | 1998 | Great Dane | Trailer | $6,500 |
| 44 | 1999 | Wabash | Trailer | $6,500 |
| 45 | 1997 | Utility | Trailer | $6,500 |
| 46 | 1995 | Great Dane | Trailer | $6,500 |
| 47 | 1995 | Great Dane | Trailer | $6,500 |
| 48 | 1995 | Great Dane | Trailer | $6,500 |
| 49 | 1995 | Great Dane | Trailer | $6,500 |
| 50 | 1996 | Grate | Trailer | $6,500 |
| 51 | 1996 | Grate | Trailer | $6,500 |
| 52 | 1996 | Grate | Trailer | $6,500 |
| 53 | 1999 | Lufkn | Trailer | $6,500 |
| 54 | 2001 | Arca | Trailer | $6,500 |
| 55 | 1995 | Fru | Trailer | $6,500 |
| 56 | 1995 | Trail | Trailer | $6,500 |
| 57 | 1994 | Trail | Trailer | $6,500 |
| 58 | 1996 | Strick | Trailer | $6,500 |
| 59 | 1998 | Trailmobile | Trailer | $6,500 |
| | | **TOTAL** | | **$1,425,000** |

**ATTACHMENT**

**SB 25**

**B6C (Official Form 6C) (04/10)**

In Re:  _____NG Trucking Inc_____          Case No. _____
                          **Debtor**                                                    (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐   Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                         $146,450.*

☐   11 U.S.C. § 522(b)(2)
☐   11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| | | | |

In Re: _____NG Trucking Inc_____    Case No. _____

**Debtor**    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred, Nature of Lien, and Description and Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account Number: 5927519-001<br><br>GE Transportation Finance<br>300 E Carpenter Freeway #200<br>Irving TX 75062 | X | | 03/2013<br>Purchase Money Loan<br>14 2009 Peterbilt 387's Trucks<br><br>VALUE $            910,000 | | | | $544,501 | $0 |
| Account Number: 5902674-001<br><br>GE Transportation Finance<br>300 E Carpenter Freeway #200<br>Irving TX 75062 | X | | 03/2013<br>Purchase Money Loan<br>5 2008 Freightliners Centuries Trucks<br><br>VALUE $            225,000 | | | | $103,838 | $0 |
| Account Number:<br><br>Nathan Garcia<br>2451 Siempre Viva Ct<br>San Diego, CA 92154 | | | Bank of America Equity Loan 03/2013<br><br>VALUE $            415,000 | | | | $155,457 | $0 |
| | | | Subtotal<br>(Total of this page) | | | | $803,796.00 | $0.00 |
| | | | Total<br>(Use only on last page) | | | | $803,796.00 | |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

__0__ continuation sheets attached

In Re:        NG Trucking Inc        Case No. _____

                          **Debtor**                                                      (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

      A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entitires holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

      The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

      If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

      Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

      Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily conusmer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

      ☒   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**       (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

    ☐   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

    ☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

    ☐   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extend provided in 11 U.S.C. § 507(a)(4).

    ☐   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

In Re: _____NG Trucking Inc_____     Case No. _____

                                **Debtor**                                                         (if known)

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer of fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTR, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 04/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

    <u>0</u>  continuation sheets attached

In Re: _____NG Trucking Inc_____     Case No. _____
                        **Debtor**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number:<br><br>3 Amigos Money Exchange<br>2445 Otay Center Dr<br>San Diego, Ca 92154 | | | Loan<br>03/2013 | | | | $35,368 |
| Account Number:<br><br>Adios Pest Control<br>PO Box 211241<br>Chula Vista CA 91921 | | | Pest Control<br>02/2013 | | | | $285 |
| Account Number:<br><br>Agencia Aduanal Perez Ortiz<br>Blvd Tercera Oeste # 17410-A<br>Mesa de Otay<br>Tijuana Baja California Mexico | | | Custom Services<br>03/2013 | | | | $222 |
| Account Number: 21002<br><br>American Express<br>Box 0001<br>Los Angeles CA 90096-8000 | | | Revolving Charge Account<br>03/2013 | | | | $5,724 |
| | | | | | | Subtotal | $41,599.00 |

_4_ continuation sheets attached

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In Re: _____NG Trucking Inc_____    Case No. _____
                              **Debtor**                                              (if known)

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number:<br><br>Angel Tire Corporation<br>521 E San Ysidro Blvd 231<br>San Ysidro CA 92173 | | | Tire Repiar & Sale Services<br>03/2013 | | | | $1,144 |
| Account Number: 7302<br><br>Bank of America<br>PO Box 15796<br>Wilmington DE 19886-5796 | | | Revolving Charge Account<br>03/2013 | | | | $7,210 |
| Account Number: 5415<br><br>Bank of America<br>PO Box 15796<br>Wilmington DE 19886-5796 | | | Checking Account 5415<br>03/2013 | | | | $373 |
| Account Number:<br><br>California Truck Parts<br>10005 Marconi Dr Ste A<br>San Diego CA 92154 | | | Truck Part Sales<br>03/2013 | | | | $2,000 |
| Account Number:<br><br>Chase<br>PO Box 94014<br>Palatine IL 60094-4014 | | | Revolving Charge Account<br>03/2013 | | | | $9,940 |
| Account Number: 9301<br><br>Cox Communications<br>PO Box 53214<br>Phoenix AZ 85072-3214 | | | Office Telephone & Internet Service<br>03/2013 | | | | $325 |
| Account Number:<br><br>Crossroads Equipment Lease & Finance<br>PO Box 51432<br>Los Angeles CA 90051 | | | 03/2013 | | | | $2,727 |

|  | Subtotal | $23,719.00 |
|---|---|---|
|  | Total<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) |  |

Sheet no. __1__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In Re: _____ NG Trucking Inc _____    Case No. _____

**Debtor**    (if known)

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number:<br>DJ Movil Truck Service<br>8516 Avenida De La Fuente<br>San Diego CA 92154 | | | Truck Parts and Repair Services<br>03/2013 | | | | $15,672 |
| Account Number: 5090<br>FleetPride<br>PO Box 847118<br>Dallas TX 75284-7118 | | | Truck Parts Sales<br>03/2013 | | | | $1,047 |
| Account Number: 3482<br>GCR Tire Centers<br>PO Box 940530<br>Denver CO 80291-0530 | | | Truck Tire Repair and Sale<br>03/2013 | | | | $24,539 |
| Account Number: 6717<br>IPFS Corporation<br>12424 Wilshire Blvd #1030<br>Los Angeles CA 90025 | | | Liability Insurance<br>03/2013 | | | | $73,587 |
| Account Number: 1300<br>International Trailer Sales<br>1421 N Wanda Rd Ste 140<br>Orange CA 92867 | | | Trailer Rentals<br>03/2013 | | | | $2,080 |
| Account Number:<br>John Morris<br>74 Murray St<br>Chula Vista CA 91910 | | | Computer IT Services<br>03/2013 | | | | $495 |
| Account Number:<br>Michell Servicios Especializados SA de CV<br>Norte 500 B Ciudad Industrial Nva Tijuana<br>Tijuana, Baja California, Mexico 22500 | | | Trailer Service Repair<br>03/2013 | | | | $1,262 |

|  | Subtotal | $118,682.00 |
|---|---|---|
|  | Total<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

Sheet no. __2__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In Re: _____NG Trucking Inc_____    Case No. _____

**Debtor**                                                    (if known)

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number:<br>National Construction Rentals<br>PO Box 4503<br>Pacoima CA 91333-4503 | | | Portable Toilet Rentals<br>03/2013 | | | | $393 |
| Account Number:<br>Phoenix Truck & Brake Supply<br>10601-G Tierrasanta Blvd #124<br>San Diego CA 92124 | | | Truck Brake Parts Sales<br>03/2013 | | | | $347 |
| Account Number:<br>River Valley Leasing<br>2728 Asbury Rd Ste 115<br>Dubuque IA 52001 | | | Unpaid Balance for<br>14 2009 Peterbilt 387's Trucks<br>03/2013 | | | X | $171,841 |
| Account Number:<br>Romero's Trailer Repair<br>PO Box 3886<br>Chula Vista CA 91909 | | | Trailer Service Repair<br>03/2013 | | | | $11,955 |
| Account Number:<br>San Diego Truck & Parts<br>9775 Marconi Dr Ste J<br>San Diego CA 92154 | | | Truck Parts Sales<br>03/2013 | | | | $16,974 |
| Account Number:<br>Select Truck Parts<br>1165 Otay Valley Rd<br>San Diego CA 92154 | | | Truck Parts Sales<br>03/2013 | | | | $1,379 |
| Account Number:<br>Southwest Trailer Leasing<br>PO Box 86277<br>San Diego CA 92138 | | | Trailer Rentals<br>03/2013 | | | | $29,385 |

Subtotal $232,274.00

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Sheet no. __3__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In Re: _____NG Trucking Inc_____  Case No. _____
                        **Debtor**                                        (if known)

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number:<br>Sparkletts<br>PO Box 660579<br>Dallas TX 75266-0579 | | | 03/2013 | | | | $117 |
| Account Number: 9026366-12<br>State Compensation Insurance Fund<br>PO Box 748170<br>Los Angeles Ca 90074-8170 | | | Workers Compensation<br>03/2013 | | | | $4,600 |
| Account Number:<br>Toner Charge<br>PO Box 500711<br>San Diego CA 92150 | | | Toner Supplier<br>03/2013 | | | | $427 |
| Account Number: A143<br>Travelers Insurance<br>Rubin Ins Agcy Inc<br>PO Box 660317<br>Dallas TX 75266-0317 | | | Cargo Insurance Services<br>03/2013 | | | | $30,879 |
| Account Number:<br>Truck Net LLC<br>8490 Avenida de la Fuente #5<br>San Diego CA 92154 | | | Truck Weigh Station Services<br>03/2013 | | | | $417 |
| Account Number:<br>Tucker Albin and Associates Inc<br>1702 N Collins Blvd Ste 100<br>Richardson TX 75080 | | | Collection Services<br>03/2013 | | | | $885 |
| Account Number:<br>Two Guys Truck & Parts<br>8674 Avenida Costa Sur #B<br>San Diego CA 92154 | | | Truck Parts Sales<br>03/2013 | | | | $14,270 |

|  | Subtotal | $51,595.00 |
|---|---|---|
|  | Total<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $467,869.00 |

Sheet no. _4_ of _4_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In Re: _____ NG Trucking Inc _____    Case No. _____

**Debtor**                                                                                        (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State Whether Lease is for Nonresidential Real Property. State Contract Number of Any Government Contract |
|---|---|
| Otay Border Properties LLC<br>7365 Mission Gorge Road Ste B<br>San Diego CA 92120 | Commercial Lease Agreement for NG Trucking Premises<br>Debtor is the Tenant |
| Travelers Insurance<br>Rubin Ins Agcy Inc<br>6363 Greenwhich Dr Ste 120<br>San Diego CA 92122 | Cargo Insurance<br>Debtor is the insured |
| IPFS Corporation<br>12424 Wilshire Blvd #1030<br>Los Angeles CA 90025 | Liability Insurance<br>Debtor is the insured |

In Re: _____NG Trucking Inc_____   Case No. _____
                                     **Debtor**                                                      (if known)

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth,or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| Name and Mailing Address of Codebtor | Name and Mailing Address of Creditor |
|---|---|
| Nathan Garcia<br>2451 Siempre Viva Ct<br>San Diego CA 92154 | GE Transportation Finance<br>300 E Carpenter Freeway #200<br>Irving TX 75062 |

In Re: _____ NG Trucking Inc _____    Case No. _____

**Debtor**                                                          (if known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| | | |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How Long Employed | | |
| Address of Employer | | |

**Income:** (Estimate of average monthly income)

| | DEBTOR | | SPOUSE | |
|---|---|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | | $ | |
| 2. Estimated monthly overtime | $ | | $ | |
| 3. SUBTOTAL | $ | 0.00 | $ | 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | | $ | |
| b. Insurance | $ | | $ | |
| c. Union dues | $ | | $ | |
| d. Other (Specify): | $ | | $ | |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 0.00 |
| 7. Regular income from operation of business or profession or firm (Attach detailed statement) | $ | | $ | |
| 8. Income from real property | $ | | $ | |
| 9. Interest and dividends | $ | | $ | |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | | $ | |
| 11. Social security or other government assistance (Specify): | $ | | $ | |
| 12. Pension or retirement income | $ | | $ | |
| 13. Other monthly income Specify: | $ | | $ | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 0.00 |
| 15. TOTAL MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 0.00 | $ | 0.00 |
| 16. TOTAL COMBINED MONTHLY INCOME | $  0.00 | | | |

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

In Re: _____   Case No. _____
                 NG Trucking Inc
                    **Debtor**                                                (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

1. Rent or home mortgage payment (include lot rented for mobile home)                              $
      a. Are real estate taxes included?        ☐ Yes      ☐ No
      b. Is property insurance included?          ☐ Yes      ☐ No

2. Utilities: a. Electricity and heating fuel                                                      $
      b. Water and sewer                                                             $
      c. Telephone                                                                   $
      d. Other                                                                       $

3. Home maintenance (repairs and upkeep)                                                          $

4. Food                                                                                           $
5. Clothing                                                                                       $
6. Laundry and dry cleaning                                                                       $
7. Medical and dental expenses                                                                    $
8. Transportation (not including car payments)                                                    $
9. Recreation, clubs and entertainment, newspapers, magazines                                     $
10. Charitable contributions                                                                       $

11. Insurance (not deducted from wages or included in home mortgage payments)
      a. Homeowner's or renters                                                     $
      b. Life                                                                        $
      c. Health                                                                      $
      d. Auto                                                                        $
      e. Other                                                                       $

12. Taxes (not deducted from wages or included in home mortgage payments)                          $
    Specify:

13. Installment payments: (In chapter 11, 12 or 13 cases, do not list payments to be included in the plan)
      a. Auto                                                                        $
      b. Other                                                                       $
      c. Other                                                                       $

14. Alimony, maintenance, and support paid to others                                              $
15. Payments for support of additional dependents not living at your home                          $
16. Regular expenses from operation of business, profession, or farm (attach detailed statement)   $
17. Other                                                                                          $

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.)                                                   $               0.00

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME
a. Average monthly income from Line 15 of Schedule I                                               $
b. Average monthly expenses from Line 18 above                                                     $
c. Monthly net income (a. minus b.)                                                               $

In Re: _____ NG Trucking Inc _____ Case No. _____

Debtor                                                                        (if known)

# DECLARATION CONCERNING DEBTOR(S) SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  sheets (total shown on summary page plus 2), and that they are true and correct to the best of my knowledge, information, and belief.

_____
Date

_____
**Signature of Debtor**

_____
Date

_____
**Signature of Joint Debtor**

* * * * * *

### DECLARATION AND SIGNATURE OF BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required under that section; and (4) I will not accept any additional money or other property from the debtor before the filing fee is paid in full.

_____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer

_____
Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person or partner who signs this document.*

_____

_____
Address

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless te bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of Title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.*    11 U.S.C. § 110; 18 U.S.C. § 156.

* * * * * *

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the president of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary of schedules, consisting of 26 sheets (total shown on summary page plus 1), and that the are true and correct to the best of my knowledge, information, and belief.

03/29/2013
_____
Date

**/s/ Nathan Garcia**
_____
**Signature of Authorized Individual**

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.

FORM 7. STATEMENT OF FINANCIAL AFFAIRS

# UNITED STATES BANKRUPTCY COURT
## Southern District of California

In Re:                                NG Trucking Inc                                Case No.

**Debtor**                                                                                        (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfer and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19-25.        **If the answer to an applicable question is "None", mark the box labeled "None".** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business."  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider."  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

None ☐   **1. Income from employment or operation of business**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calender year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Amount | Source |
|---|---|
| $3,659,471 TBD | 2012 Aproximate Gross Income from Operation of Business |
| $3,255,684 | 2011 Gross Income from Operation of Business |
| $2,707,123 | 2010 Gross Income from Operation of Business |

**2. Income other than from employment or operation of business**

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Amount | Source

**3. Payments to creditors**

None ☒

**Complete a. or b., as appropriate, and c.**

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, [except for a debt on account of a domestic support obligation,] made within 90 days immediately preceding the commencement of this case. Indcate with an * any payments that were made to the creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor | Dates of Payments | Amount Paid | Amount Still Owing |
|---|---|---|---|

None ☐

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Name and Address of Creditor | Dates of Payments/ Transfers | Amount Paid or Value of Transfers | Amount Still Owing |
|---|---|---|---|
| | | $938,872 | $952,611 |
| See Attachment SFA 3b. | | | |

None  ☒  c. All debtors: List all payment made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor and Relationship to Debtor | Date of Payment | Amount Paid | Amount Still Owing |
|---|---|---|---|
| | | | |

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None  ☒  a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Caption of Suit and Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|
| | | | |

None  ☒    b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Person for Whose Benefit Property was Seized | Date of Seizure | Description and Value of Property |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None  ☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor or Seller | Date of Repossession, Foreclosure Sale, Transfer or Return | Description and Value of Property |
|---|---|---|
| River Valley Leasing LLC<br>14868 West Ridge Lane Ste 200<br>Dubuque IA 52003 | Illegal Repossession<br>02/02/13<br>Full Reconveyance<br>03/11/2013 | 14 2009 Peterbilt 387's Trucks<br>Value of Property $910,000 ($65,000 each truck)<br>Disputed Amount Owed to Creditor $185,787 |

**6. Assignments and receiverships**

None  ☒   a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the
commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment
by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
petition is not filed.)

| Name and Address of Assignee | Date of Assignment | Terms of Assignment or Settlement |
|---|---|---|

None  ☒   b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year
immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13
must include information concerning property of either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Custodian | Name and Location of Court Case Title & Number | Date of Order | Description and Value of Property |
|---|---|---|---|

**7. Gifts**

None ☒   List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Person or Organization | Relationship to Debtor, if any | Date of Gift | Description and Value of Gift |
|---|---|---|---|

**8. Losses**

None ☒   List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Description and Value of Property | Description of Circumstances and, if Loss was Covered in Whole or in Part by Insurance, Give Particulars. | Date of Loss |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| Name and Address of Payee | Date of Payment, Name of Payor if other than Debtor | Amount of Money or Description and Value of Property |
|---|---|---|
| Jack F. Fitzmaurice, Esq<br>1061 Tierra del Rey, Suite 204<br>Chula Vista, CA 91910 | 04/01/2013 | $17,794.00 |

**10. Other transfers**

None ☐   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of
the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of
this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Transferree, Relationship to Debtor | Date | Describe Property Transferred and Value Received |
|---|---|---|
| River Valley Leasing LLC<br>14868 West Ridge Lane Ste 200<br>Dubuque IA 52003 | 02/15/2013 | 28 Trailers of various years & models $182,000<br>12 Trucks of various years & models $108,000<br>Transferred as Security Total Value  $290,000<br>See Attachment SFA 10a for detailed info. |

None ☒   b. List all property transferred by the debtor within ten years immediately preceding the commencement of this
case to a self-settled trust or similar device of which the debtor is a beneficiary.

| Name of Trust or Other Device | Date(s) of Transfer(s) | Amount of Money or Description and Value of Property or Debtor's Interest in Property |
|---|---|---|

**11. Closed financial accounts**

None ☒   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were
closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include
checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts
held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial
institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or
instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| Name and Address of Institution | Type of Account, Last Four Digits of Account Number, and Amount of Final Balance | Amount and Date of Sale or Closing |
|---|---|---|

**12. Safe deposit boxes**

None ☒   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Name and Address of Bank or Other Depository | Names and Addresses of those with Access to Box or Depository | Description of Contents | Date of Transfer or Surrender, if any |
|---|---|---|---|

**13. Setoffs**

None ☒   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor | Date of Setoff | Amount of Setoff |
|---|---|---|

**14. Property held for another person**

None ☒   List all property owned by another person that the debtor holds or controls.

| Name and Address of Owner | Description and Value of Property | Location of Property |
|---|---|---|

**15.  Prior address of debtor**

None  ☒    If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises
which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is
filed, report also any separate address of either spouse.

Address                                                                                      Name Used                                                                   Dates of Occupancy

**16.  Spouses and former spouses**

None  ☒    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona,
California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-
year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state.

Name

**17.  Environmental information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None  ☒  a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| Site Name and Address | Name and Address of Governmental Unit | Date of Notice | Environmental Law |
|---|---|---|---|
| | | | |

None  ☒  b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

| Site Name and Address | Name and Address of Governmental Unit | Date of Notice | Environmental Law |
|---|---|---|---|
| | | | |

None  ☒  c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| Name and Address of Governmental Unit | Docket Number | Status or Disposition |
|---|---|---|
| | | |

### 18.  Nature, location and name of business

None ☐    a.  If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses,
and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing
executive of a corporation, partner in a partnership, sole proprietor, or was a self-employed in a trade, profession, or
other activity either full- or part-time within the six-years immediately preceding the commencement of this case,
or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately
preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses,
and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of
the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses,
and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of
the voting or equity securities within the six years immediately preceding the commencement of this csae.

| Name, Address, Last Four Digits of Soc. Sec. No.<br>Complete EIN or Other Taxpayer I.D. No. | Nature of Business | Beginning and<br>Ending Dates |
|---|---|---|
| NG Trucking Inc<br>26-3208948<br>2451 Siempre Viva Ct.<br>San Diego CA 92154 | Trucking | April 2, 1997 to date. |

None ☒    b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as
defined in 11 U.S.C. § 101.

Name                                                                                                    Address

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, directory, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

### 19.  Books, records and financial statements

None ☐    a. List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| Name and Address | Dates Services Rendered |
|---|---|
| Armando C. Ibarra Sr.<br>371 E Street<br>Chula Vista CA 91910 | 2007 to date |

None ☒    b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of this debtor.

Name and Address                                                                                                  Dates Services Rendered

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

Name and Address

Armando C Ibarra Sr
371 E Street
Chula Vista CA 91910

None ☒    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

Name and Address                                                                                                  Date Issued

**20. Inventories**

None ☒   a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| Date of Inventory | Inventory Supervisor | Amount of Inventory (Specify cost, market or other basis) |
|---|---|---|

None ☒   b.  List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| Date of Inventory | Name and Address of Custodian of Inventory Records |
|---|---|

**21.  Current Partners, Officers, Directors and Shareholders**

None ☒   a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| Name and Address | Nature of Interest | Percentage of Interest |
|---|---|---|

None ☐   b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

| Name and Address | Title | Nature and Percentage of Stock Ownership |
|---|---|---|
| Nathan Garcia<br>2451 Siempre Viva Ct<br>San Diego CA 92154 | Shareholder, President and Treasurer | 90 |
| Marybell Garcia<br>2451 Siempre Viva Ct<br>San Diego CA 92154 | Shareholder and Secretary | 10 |

**22.  Former partners, officers, directors and shareholders**

None  ☒  a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

Name and Address                                                                                            Date of Withdrawal

None  ☒  b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

Name and Address                                          Title                                          Date of Termination

**23.  Withdrawals from a partnership or distributions by a corporation**

None  ☒  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

Name and Address of Recipient,                                                                          Amount of Money
Relationship to Debtor                                  Date and Purpose of Withdrawal               and Value of Property

**24.  Tax consolidation group**

None  ☒  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of this case.

Name of Parent Corporation                                                              Taxpayer Identification Number

**25.  Pension funds**

None  ☒  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of this case.

Name of Pension Fund                                                                    Taxpayer Identification Number

[If completed by an individual or individual and spouse.]

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

_____          X _____
Date                                                            Signature of Debtor

_____          X _____
Date                                                            Signature of Joint Debtor

_____

[If completed on behalf of a partnership or corporation]

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

____03/29/2013_____          X ___/s/ Nathan Garcia_____
Date                                                        Signature of Authorized Individual

                                                                  Nathan Garcia, President
                                                                  _____
                                                                  Printed Name and Title

**DECLARATION AND SIGNATURE OF BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required under that section; and (4) I will not accept any additional money or other property from the debtor before the filing fee is paid in full.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person or partner who signs this document.*

_____

_____
Address

X _____          _____
Signature of Bankruptcy Petition Preparer                      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless te bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of Title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.    11 U.S.C. § 110; 18 U.S.C. § 156.*

**Attachment**

**SFA 3b**

Payments to Creditors made within 90 days preceding the commencement of the Bankruptcy case, single or aggregate not less than $5,475.00

| | Creditor | Payment Single or Aggregate | Amount Still Owed | Note |
|---|---|---|---|---|
| | | | | |
| 1 | Soco Group Inc<br>5962 Priestly Drive<br>Carlsbad CA 92008-8812 | $454,663 | $0 | Diesel Fuel |
| 2 | International Trailer Sales<br>1421 N Wanda Rd Ste 140<br>Orange CA 92867 | $6,725 | $2,080 | Trailer Rentals |
| 3 | Russell Trailer Leasing Corp<br>Po Box 1371<br>Solana , Beach Ca 92075 | $10,110 | $0 | |
| 4 | Davis Trailer Leasing<br>7365 Mission Gorge Rd Ste B<br>San Diego CA 92120 | $27,631 | $0 | Trailer Rentals |
| 5 | DMV Renewals<br>PO Box 942869<br>Sacramento, CA 94269-0001 | $8,346 | $0 | |
| 6 | Otay Border Properties LLC<br>PO Box 500235<br>San Diego CA 92150 | $40,000 | $0 | Lease of NG Premises |
| 7 | San Diego Tires<br>10140 Marconi Dr Ste A<br>San Diego Ca 92154 | $5,596 | $0 | |
| 8 | San Diego Truck & Parts<br>9775 Marconi Dr Ste J<br>San Diego CA 92154 | $17,925 | $16,974 | |
| 9 | IPFS Corporation<br>12424 Wilshire Blvd #1030<br>Los Angeles CA 90025 | $23,845 | $73,167 | Liability Insurance |
| 10 | Travelers Insurance<br>Rubin Ins Agcy Inc<br>PO Box 660317<br>Dallas TX 75266-0317 | $17,363 | $40,211 | Cargo Insurance |
| 11 | River Valley Leasing<br>2728 Asbury Rd Ste 115<br>Dubuque IA 52001 | $300,000 | 171,841 | Down Payment Owed Sale of 14 Peterbuilt 387's Trucks |
| 12 | GE Transportation Finance | $26,668 | 648,338 | 5 2008 Freightliners & 14 2009 Peterbuilt 387's Trucks |
| | **TOTALS:** | **$938,872** | **$952,611** | |

**Attachment**

**SFA 3b**

**ATTACHMENT**
**SFA 10a**

|    | YEAR | MANUFACTURER | TYPE |
|----|------|--------------|------|
| 1  | 1998 | Freightliner | Truck |
| 2  | 1999 | Volvo | Truck |
| 3  | 1995 | Freightliner | Truck |
| 4  | 1999 | Freightliner | Truck |
| 5  | 2000 | Freightliner | Truck |
| 6  | 2000 | Freightliner | Truck |
| 7  | 1999 | Freightliner | Truck |
| 8  | 1999 | Freightliner | Truck |
| 9  | 1994 | Freightliner | Truck |
| 10 | 1997 | Freightliner | Truck |
| 11 | 1997 | Freightliner | Truck |
| 12 | 1999 | Freightliner | Truck |
| 13 | 1995 | Hyundai | Trailer |
| 14 | 1995 | Great Dane | Trailer |
| 15 | 1996 | Great Dane | Trailer |
| 16 | 1996 | Great Dane | Trailer |
| 17 | 1996 | Great Dane | Trailer |
| 18 | 1996 | Great Dane | Trailer |
| 19 | 1989 | Stoughton | Trailer |
| 20 | 1999 | Utility | Trailer |
| 21 | 2003 | Great Dane | Trailer |
| 22 | 2003 | Wabash | Trailer |
| 23 | 2001 | Utility | Trailer |
| 24 | 1998 | Great Dane | Trailer |
| 25 | 1999 | Wabash | Trailer |
| 26 | 1997 | Utility | Trailer |
| 27 | 1995 | Great Dane | Trailer |
| 28 | 1995 | Great Dane | Trailer |
| 29 | 1995 | Great Dane | Trailer |
| 30 | 1995 | Great Dane | Trailer |
| 31 | 1996 | Grate | Trailer |
| 32 | 1996 | Grate | Trailer |
| 33 | 1996 | Grate | Trailer |
| 34 | 1999 | Lufkn | Trailer |
| 35 | 2001 | Arca | Trailer |
| 36 | 1995 | Fru | Trailer |
| 37 | 1995 | Trail | Trailer |
| 38 | 1994 | Trail | Trailer |
| 39 | 1996 | Strick | Trailer |
| 40 | 1998 | Trailmobile | Trailer |

**ATTACHMENT**
**SFA 10a**

# NAME AND ADDRESSES OF EQUITY SECURITY HOLDERS
## OF
## NG TRUCKING, INC.

### LBR 1007-2(9)

| MEMBERS | PERCENTAGE |
|---|---|
| Nathan Garcia<br>2451 Siempre Viva Ct<br>San Diego, CA 92154 | 90% |
| Marybell Garcia<br>2451 Siempre Viva Ct<br>San Diego, CA 92154 | 10% |

# UNITED STATES BANKRUPTCY COURT
## Southern District of California

In Re: _____NG Trucking Inc_____          Case No. _____

             **Debtor**                                                                 (if known)


## VERIFICATION OF CREDITOR MATRIX


     The above named debtor(s), or debtor's attorney if applicable, do hereby certify under

penalty of perjury that the attached Master Mailing List of creditors, consisting of 4 sheet(s) is

complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy

Rules and I/we assume all responsibility for errors and omissions.




_____03/29/2013_____                    _____**/s/ Jack F Fitzmaurice**_____
                 Date                                                    **Signature of Attorney**




_____                    _____
         **Signature of Debtor**                                        **Signature of Joint Debtor**




_____**/s/ Nathan Garcia**_____
   **Signature of Authorized Individual**

# UNITED STATES BANKRUPTCY COURT
## Southern District of California

In Re: _____NG Trucking Inc_____    Case No. _____

                           **Debtor**                                              (if known)

### VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (only one option may be selected per form):

☒   is the first mail matrix in this case.

☐   adds entities not listed on previously filed mailing list(s).

☐   changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐   deletes name(s) and address(es) on previously filed mailing list(s).

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct.

_____03/29/2013_____                               **/s/ Jack F Fitzmaurice**_____

         Date                                            **Signature of Attorney**

_____         _____

      **Signature of Debtor**                         **Signature of Joint Debtor**

# UNITED STATES BANKRUPTCY COURT
## Southern District of California

In Re: _____NG Trucking Inc_____     Case No. _____

**Debtor**     (if known)

Chapter _____11_____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as"A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| | (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code of employee, agent, or department of creditor familiar with claim who may be contacted. | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff. | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|
| 1 | River Valley Leasing<br>2728 Asbury Rd Ste 115<br>Dubuque IA 52001 | | | Disputed | $171,841 |
| 2 | IPFS Corporation<br>12424 Wilshire Blvd #1030<br>Los Angeles CA 90025 | | | | $73,587 |
| 3 | 3 Amigos Money Exchange<br>2445 Otay Center Dr<br>San Diego, Ca 92154 | | | | $35,368 |
| 4 | Travelers Insurance<br>Rubin Ins Agcy Inc<br>PO Box 660317<br>Dallas TX 75266-0317 | | | | $30,879 |

| | (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code of employee, agent, or department of creditor familiar with claim who may be contacted. | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff. | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|
| 5 | Southwest Trailer Leasing<br>PO Box 86277<br>San Diego CA 92138 | | | Disputed | $29,385 |
| 6 | GCR Tire Centers<br>PO Box 940530<br>Denver CO 80291-0530 | | | | $24,539 |
| 7 | San Diego Truck & Parts<br>9775 Marconi Dr Ste J<br>San Diego CA 92154 | | | | $16,974 |
| 8 | DJ Movil Truck Service<br>8516 Avenida De La Fuente<br>San Diego CA 92154 | | | | $15,672 |
| 9 | Two Guys Truck & Parts<br>8674 Avenida Costa Sur #B<br>San Diego CA 92154 | | | | $14,270 |
| 10 | Romero's Trailer Repair<br>PO Box 3886<br>Chula Vista CA 91909 | | | | $11,955 |
| 11 | Chase<br>PO Box 94014<br>Palatine IL 60094-4014 | | | | $9,940 |
| 12 | Bank of America<br>PO Box 15796<br>Wilmington DE 19886-5796 | | | | $7,210 |

| | (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code of employee, agent, or department of creditor familiar with claim who may be contacted. | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff. | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|
| 13 | American Express<br>Box 0001<br>Los Angeles CA 90096-8000 | | | | $5,724 |
| 14 | State Compensation Insurance Fund<br>PO Box 748170<br>Los Angeles Ca  90074-8170 | | | | $4,600 |
| 15 | Crossroads Equipment Lease & Finance<br>PO Box 51432<br>Los Angeles CA 90051 | | | | $2,727 |
| 16 | International Trailer Sales<br>1421 N Wanda Rd Ste 140<br>Orange CA 92867 | | | | $2,080 |
| 17 | California Truck Parts<br>10005 Marconi Dr Ste A<br>San Diego CA 92154 | | | | $2,000 |
| 18 | Select Truck Parts<br>1165 Otay Valley Rd<br>San Diego CA 92154 | | | | $1,379 |
| 19 | Michell Servicios Especializados SA de CV<br>Norte 500 B Ciudad Industrial Nva Tijuana<br>Tijuana, Baja California, Mexico 22500 | | | | $1,262 |
| 20 | Angel Tire Corporation<br>521 E San Ysidro Blvd 231<br>San Ysidro CA 92173 | | | | $1,144 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION

I, the undersigned authorized agent of the corporation named as the Debtor
in this case, declare under penalty of perjury that I have read the foregoing "List of
Creditors Holding 20 Largest Unsecured Claims" and that it is true and correct to the best
of my knowledge, information and belief.

03/29/2013
Date

X   /s/ Nathan Garcia
Signature of Authorized Individual

Nathan Garcia, President
Printed Name and Title

**ACTION BY UNANIMOUS WRITTEN CONSENT
OF THE BOARD OF DIRECTORS OF
N G TRUCKING INC.,
AUTHORIZING THE FILING FOR RELIEF UNDER
CHAPTER 11 OF THE BANKRUPTCY CODE**


**March 19, 2013**


    **COME NOW** N G Trucking Inc., a California corporation by its board of directors, all of them being present, by unanimous written consent, resolve the following:

    **WHEREAS** having discussed the initiation of a bankruptcy proceeding under Chapter 11 of the bankruptcy code, in the best interest of the corporation.

    **IT IS HEREBY RESOLVED,** The Corporation shall initiate a Chapter 11 proceeding under the auspice of the Bankruptcy Code and hereby authorize Nathan Garcia as its President to execute all necessary documents.


_____
Nathan Garcia


Marybell Garcia

Z:\cases\1625\BK\Initial Filings\Action of Members.docx